WOODSIDE PRESBYTERIAN CHURCH, Appellant and Respondent, *v.* I. TOWNSEND BURDEN, Respondent and Appellant, Impleaded with Another.

(Argued November 27, 1935; decided December 13, 1935.)

*James Farrell* for plaintiff, appellant and respondent.
*John T. Norton* and *Joseph C. Behan, Jr.*, for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.  Not sitting: CROUCH, J.